UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MURRAY,<br><br>                             Plaintiff,<br><br>    -against-<br><br>JOHN DOE NYPD OFFICER PRECIT #1, ET AL.,<br><br>                             Defendants. | 24-cv-6465 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge